## Commonwealth *v.* Snyder, Appellant.

Submitted March 17, 1975. *Ralph W. D. Levan,* First Assistant Public De-

fender, for appellant; *Grant E. Wesner*, Deputy District Attorney, and *Robert L. VanHoove*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.